William D. Hyslop
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS HENDERSON TATSHAMA, SR.,<br><br>Defendant. | 2:20-CR-64-SMJ<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)<br>Cyberstalking |

The Grand Jury charges:

On or about January 16, 2020, in the Eastern District of Washington, the Defendant, DAVIS HENDERSON TATSHAMA, SR., with the intent to harass and intimidate J.R.A., used an electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause, and

//

//

//

INDICTMENT – 1

would be reasonably expected to cause substantial emotional distress to J.R.A., all in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5).

DATED this ___2___ day of June 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 2