PROB 12C
(6/16)

Report Date: November 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Davis Henderson Tatshama, Sr.          Case Number: 0980 2:20CR00064-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington  99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 17, 2021

Original Offense:        Threats in Interstate Commerce, 18 U.S.C. § 875(c)

Original Sentence:       Prison - 24 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Richard R. Barker               Date Supervision Commenced: July 15, 2022

Defense Attorney:        John Stephen Roberts, Jr.       Date Supervision Expires: July 14, 2025

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

On July 15, 2022, Mr. Tatshama participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Tatshama signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: It is alleged that Mr. Tatshama violated the conditions of his supervised release by consuming alcohol on or about October 9, 2022. |
| | Specifically, on October 12, 2022, the undersigned spoke with Mr. Tatshama via telephone in which he indicated he was being forced to move out of his Oxford House. The undersigned inquired as to what led to this decision. Mr. Tatshama admitted that he consumed alcoholic beverages on or about October 9, 2022, and he was now being forced to seek new housing. |

Prob12C
# Re: Tatshama, Sr., Davis Henderson
**November 28, 2022**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Mr. Tatshama violated the terms of his supervised release by committing the crimes of harassment-domestic violence and obstruction of justice, on or about November 24, 2022.

Specifically, per Colville Tribal Police (CTP) report 22-1412, on November 24, 2022, dispatch received a telephone call at 2 a.m., stating that Mr. Tatshama was intoxicated at his brother's residence, and that he was banging on the door trying to fight his brother. At 2:22 a.m., a CTP officer arrived on the scene and made contact with Mr. Tatshama who was exhibiting signs of intoxication and was initially non-compliant to the CTP officer's directives. Mr. Tatshama was temporarily detained, placed in handcuffs and into the police vehicle. The CTP officer subsequently made contact with the brother and Mr. Tatshama's two minor-aged children. The brother reported that Mr. Tatshama attempted to come to his residence with alcohol, which he prohibits, and this enraged Mr. Tatshama and he subsequently attempted to fight him. Mr. Tatshama's minor-aged children corroborated the brother's story. Mr. Tatshama was subsequently informed that he was being arrested, at which time he refused to comply with the arresting officer's directives and laid on the ground until he eventually got into the police vehicle. Ultimately, Mr. Tatshama was booked into the Colville Tribal Corrections on the charges of harassment-domestic violence and obstruction of justice.

3      **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Tatshama violated the conditions of his supervised release by consuming alcohol on or about November 24, 2022.

Per Colville Tribal Police (CTP) report 22-1412, on November 24, 2022, dispatch received a telephone call at 2 a.m., stating that Mr. Tatshama was intoxicated at his brother's residence, and that he was banging on the door trying to fight his brother. At 2:22 a.m., a CTP officer arrived on the scene and made contact with Mr. Tatshama who noted he was exhibiting signs of intoxication. Specifically, the CTP officer observed that Mr. Tatshama moved with a staggering motion, his eyes were bloodshot, and he appeared to have a hard time focusing. Furthermore, as Mr. Tatshama was pat searched, a Black Velvet alcohol bottle was located in his front left pocket. Mr. Tatshama was arrested on new charges and prior to going to the Colville Corrections Center, Mr. Tatshama was taken to the Coulee Medical Center as he appeared to have a high level of intoxicants in his system.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 28, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Tatshama, Sr., Davis Henderson
November 28, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

November 28, 2022
Date