PROB 12C
(6/16)

Report Date: December 19, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Davis Henderson Tatshama | Case Number: 0980 2:20CR00064-TOR-1 |
| Address of Offender: ███████████████ Spokane, Washington 99201 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 17, 2021 | |
| Original Offense: Threats in Interstate Commerce, 18 U.S.C. § 875(c) | |
| Original Sentence: Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: July 15, 2022 |
| Defense Attorney: Ryan Mark Farrell | Date Supervision Expires: July 14, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2022.

On July 15, 2022, Mr. Tatshama participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Tatshama signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Tatshama violated the terms of his supervised release by using marijuana on or about December 5, 2022.<br><br>Specifically, on December 7, 2022, Mr. Tatshama provided a urinalysis that tested positive for marijuana. On December 12, 2022, the undersigned spoke with Mr. Tatshama via telephone and he readily admitted that he smoked marijuana on or about December 5, 2022. |

Prob12C
# Re: Tatshama, Davis Henderson
**December 19, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/19/2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]    Other : *All pending alleged violations will be addressed at the Revocation of Supervised Release hearing scheduled for 1/4/2023.*

Thomas O. Rice
United States District Judge

December 20, 2022
Date