PROB 12C
(6/16)

Report Date:  March 9, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Davis Henderson Tatshama, Sr.        Case Number: 0980 2:20CR00064-TOR-1

Address of Offender: ███████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 17, 2021

| | | |
|---|---|---|
| Original Offense: | Threats in Interstate Commerce, 18 U.S.C. § 875(c) | |
| Original Sentence: | Prison - 24 months TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: July 15, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: July 14, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2022, 12/20/2022, and 02/06/2023.

On July 15, 2022, Mr. Tatshama participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Tatshama signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Mr. Tatshama violated the conditions of his supervised release by committing the offenses of first degree criminal trespass and disorderly conduct.

Specifically, on March 5, 2023, per Spokane Police Department (SPD) report 2023-20042731, an SPD officer responded to a report from Spokane Arena crowd management staff that a male, later identified as Mr. Tatshama, was refusing to leave the property. Upon making contact with Mr. Tatshama, the SPD officer noted that he appeared to be extremely intoxicated and ascertained from arena staff that he was trespassed but refused to leave the property. Additionally, he was repeatedly calling a staff member a  "bitch" and also telling her to, "shut the fuck up bitch," and, "fuck you bitch."

Prob12C
**Re: Tatshama, Sr., Davis Henderson**
**March 9, 2023**
**Page 2**

SPD officers asked Mr. Tatshama to leave the property several times and offered to call him a ride though he continued to refuse to leave the property and informed the SPD officers he would rather go to jail. Mr. Tatshama was subsequently placed under arrest for disorderly conduct and trespassing, though ultimately he was cited and released on these charges.

7        **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Tatshama violated the conditions of his supervised release by consuming alcohol on or about March 5, 2023.

Specifically, on March 5, 2023, per Spokane Police Department (SPD) report 2023-20042731, an SPD officer made contact with Mr. Tatshama. The officer noted that Mr. Tatshama appeared to be extremely intoxicated. Furthermore, the SPD officer noted that while waiting to be transported to the Spokane County Jail, Mr. Tatshama had fallen over and hit his nose and subsequently passed out in the police car. On March 6, 2023, Mr. Tatshama acknowledged the aforementioned law enforcement contact and admitted he consumed alcohol on or about March 5, 2023.

8        **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Tatshama violated the conditions of his supervised release by failing to report to his probation officer as instructed on March 6, and 8, 2023.

On the morning of March 6, 2023, Mr. Tatshama and the undersigned spoke via telephone and he reported law enforcement contact on March 5, 2023. He was subsequently directed to report before 2:30 p.m., to the probation office. At 12 p.m., on that date, Mr. Tatshama sent the undersigned a text message stating, "I don't think I can leave work," and thus he ultimately failed to report to the probation office on March 6, 2023. On March 8, 2023, in response to Mr. Tatshama failing to report to the undersigned and failing to appear for a random urinalysis at Pioneer Human Services on March 6, 2023, the undersigned left a voicemail at approximately 8:28 a.m., on Mr. Tatshama's cellular telephone. In addition, a text message was sent directing him to report to the probation office on that date any time before 4:30 p.m., and that he is to contact the undersigned at a time that will work for him. Mr. Tatshama failed to report as instructed and/or contact the undersigned in any manner. Mr. Tatshama appears to be evading supervision.

Prob12C
**Re: Tatshama, Sr., Davis Henderson**
**March 9, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _March 9, 2023_

_s/Jonathan C. Bot_

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[X]  Other : ***The Revocation of Supervised Release hearing scheduled for 5/4/2023 remains set.***

Thomas O. Rice
United States District Judge

March 9, 2023

Date