PROB 12C
(6/16)

Report Date: July 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Davis Henderson Tatshama         Case Number: 0980 2:20CR00064-TOR-1

Address of Offender: Union Gospel Mission, 1224 East Trent Avenue, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 17, 2021

Original Offense:        Threats in Interstate Commerce, 18 U.S.C. § 875(c)

Original Sentence:       Prison - 24 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Molly Smith                   Date Supervision Commenced: July 15, 2022

Defense Attorney:        Ryan Mark Farrell             Date Supervision Expires: July 14, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/28/2022, 12/20/2022, 02/06/2023, and 03/09/2023.

On July 15, 2022, Mr. Tatshama participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Tatshama signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 9 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to report to the United States Probation Office on or about June 13, 2023.

On June 7, 2023, Mr. Tatshama reported to the United States Probation Office, following his discharged from inpatient treatment. At that time, he was directed to report on June 13, 2023.

On June 13, 2023, Mr. Tatshama failed to report.

Prob12C
Re: Tatshama, Davis Henderson
July 13, 2023
Page 2

| | |
|---|---|
| 10 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to report a change in residence, on or about June 7, 2023.

On June 7, 2023, Mr. Tatshama reported to the United States Probation Office following his discharge from inpatient treatment. At that time, he indicated he may not be able to return to his last address, a Pura Vida clean and sober house. He was directed to reside at the Union Gospel Mission (UGM) if he was unable to return to his last address. He was further directed to contact the probation officer that same day to confirm where he would be staying.

Mr. Tatshama failed to contact the probation officer that day to confirm his location.

On June 13, 2023, the probation officer contacted Pura Vida to discover Mr. Tatshama was not able to return to the residence and he had not stayed at that location since his discharge from inpatient treatment on June 7, 2023.

On June 14, 2023, the UGM was contacted by telephone. Mr. Tatshama was present at the location and spoke with the probation officer, and he was directed to report on June 15, 2023. On June 15, 2023, he reported to the probation office and advised he had just arrived at the UGM the day prior and was sleeping on the streets previously. |
| 11 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to attend a substance abuse assessment appointment on or about June 8, 2023.

On June 7, 2023, Mr. Tatshama discharged from inpatient treatment. While in inpatient treatment, he was scheduled to attend an appointment with Spokane Addiction and Recovery Centers (SPARC) on June 8, 2023, to enroll in outpatient substance abuse treatment.

On June 15, 2023, Mr. Tatshama reported to the probation office and acknowledged that he failed to attend his appointment with SPARC on June 8, 2023. He indicated he did not attend because he felt that the location was too far away. |

Prob12C
Re: Tatshama, Davis Henderson
July 13, 2023
Page 3

12 **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to report to the United States Probation Office on or about June 22, 2023.

On June 15, 2023, Mr. Tatshama reported to the probation office. During this contact, he was directed to again report to the office on June 22, 2023. This appointment time was written down for him.

On June 22, 2023, Mr. Tatshama failed to report. On June 23, 2023, the probation officer called Mr. Tatshama. He indicated he did not know he failed to report and indicated he thought he added the appointment time into his calendar.

13 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to appear for a random urinalysis on or about June 26, 2023.

On June 15, 2023, Mr. Tatshama reported to the probation office. At that time, he was advised of his requirement to submit to random drug testing with Pioneer Human Services (PHS). He was advised to call the drug testing line daily to determine if he needed to report to PHS that same day for a urinalysis.

PHS advised that Mr. Tatshama failed to appear for a urinalysis on June 26, 2023.

14 **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to attend a substance abuse assessment appointment on or about June 29, 2023.

On June 23, 2023, Mr. Tatshama reported to the probation office. He was reminded to attend his substance abuse evaluation with Pioneer Human Services on June 29, 2023, and to report to the probation office afterward.

Prob12C
Re: Tatshama, Davis Henderson
July 13, 2023
Page 4

On June 29, 2023, he failed to attend his substance abuse assessment with Pioneer Human Services, but he did report to the probation office that day. He indicated he missed the appointment because he had a chore to do at the Union Gospel Mission.

15  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to report to the United States Probation Office on or about July 6, 2023.

On June 29, 2023, Mr. Tatshama reported to the probation office. At that time, he was directed to report again on July 6, 2023. On July 6, 2023, Mr. Tatshama failed to report to the probation office.

On July 10, 2023, the Union Gospel Mission was contacted. Mr. Tatshama was present and spoke to the probation officer. He indicated he must have forgotten about his report date on July 6, 2023, and agreed to report on July 10, 2023, which he complied with.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/13/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other : *The Final Revocation of Supervised Release Hearing scheduled for 8/3/2023 remains set.*

Thomas O. Rice
United States District Judge

July 14, 2023

Date