PROB 12C
(6/16)

Report Date: September 25, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Davis Henderson Tatshama, Sr. | Case Number: 0980 2:20CR00064-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 17, 2021 | |
| Original Offense: Threats in Interstate Commerce, 18 U.S.C. § 875(c) | |
| Original Sentence: Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Molly Smith | Date Supervision Commenced: July 15, 2022 |
| Defense Attorney: Ryan Mark Farrell | Date Supervision Expires: July 14, 2025 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/28/2022, 12/20/2022, 2/6/2023, 3/9/2023, and 7/13/2023.

On July 15, 2022, Mr. Tatshama participated in a supervision intake at the U.S. Probation Office. On that date the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Tatshama signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to report to the U.S. Probation Office on or about September 21, 2023, or since.<br><br>Mr. Tatshama was previously directed to report every Thursday at 10 a.m., unless otherwise directed. On September 13, 2023, during a contact at his residence, the Union Gospel Mission (UGM), he was reminded to report on September 21, 2023. On September 20, 2023, during a telephone call, Mr. Tatshama was again reminded to report on September 21, 2023.<br><br>On September 21, 2023, he failed to report. On September 22, 2023, the undersigned attempted to contact him via telephone. Both voice and text messages were sent directing him to report on September 25, 2023 at 8 a.m. |

Prob12C
**Re: Tatshama, Davis Henderson**
**September 25, 2023**
**Page 2**

|    |    |
|----|----|
|    | Mr. Tatshama failed to report to the U.S. Probation Office on September 25, 2023. His whereabouts are currently unknown. |
| 17 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by failing to report a change in residence, on or about September 20, 2023.

Mr. Tatshama's approved residence was the UGM, where he has been residing since June 14, 2023.

On September 20, 2023, the undersigned called the UGM and spoke with the life recovery coordinator, who advised that on September 15, 2023, Mr. Tatshama requested an "overnighter" to be granted permission to be away from the facility overnight. He was expected to return on September 17, 2023, but he never returned. That same day, the undersigned contacted Mr. Tatshama by telephone. He indicated he was spending time with family and just "got too comfortable." He advised he was on his way back to the UGM as we spoke.

On September 22, 2023, the UGM was contacted and they reported Mr. Tatshama never reported back to their facility.

|    |    |
|----|----|
| 18 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Davis Tatshama allegedly violated the terms of his supervised release by failing to attend substance abuse outpatient treatment services on or about September 22, 2023.

Mr. Tatshama is enrolled in intensive outpatient substance abuse treatment with Pioneer Human Services (PHS), where he is required to attend group session three days per week.

On September 22, 2023, PHS reported that Mr. Tatshama had failed to attend his scheduled group session that day. In addition to missing a group treatment session, Mr. Tatshama was also scheduled to attend an individual session with his primary counselor that same day. PHS reported he also failed to attend that individual therapy session.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Tatshama, Davis Henderson
September 25, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/25/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

September 25, 2023

Date