PROB 12C
(6/16)

Report Date: March 10, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No 180

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Davis Henderson Tatshama          Case Number: 0980 2:20CR00064-TOR-1

Address of Offender: ███████████████████

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 17, 2021

Original Offense:        Threats in Interstate Commerce, 18 U.S.C. § 875(c)

Original Sentence:        Prison - 24 months;          Type of Supervision: Probation
                          TSR - 36 months

Revocation              Prison - 9 months
Sentence:               TSR - 27 months
(March 20, 2024)

Revocation              Prison - 34 days
Sentence:               TSR- 26 months
(October 15, 2025)

Asst. U.S. Attorney:     Michael Louis Vander Giessen       Date Supervision Commenced:

Defense Attorney:        Federal Defenders Office           Date Supervision Expires:

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 21, 2025.

On October 15, 2025, a supervised release revocation hearing was held.  At that time, the Court advised Mr. Tatshama of the expectation to report to the Union Gospel Mission upon his release on October 16, 2025.  Due to Mr. Tatshama's failure to report as directed, a supervision intake was not completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
|  | **Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by committing the crime of Battery, in violation of the Colville Tribal Law and Order Code (CTC) 3-1-4 on or about February 19, 2026. |

Prob12C
**Re: Tatshama, Davis Henderson**
**March 10, 2026**
**Page 2**

On February 19, 2026, an officer with the Coulee Dam Police Department and Colville Tribal Police Department responded to a reported disturbance involving two intoxicated individuals, Davis Tatshama and another male individual, fighting in the street.

The male individual was contacted and reported that he was arguing with Mr. Tatshama. He described the arguing as "drunk shit". The individual initially reported they were just arguing. One of the officers on scene reported witnessing the individual standing over Mr. Tatshama, who was on the ground with a busted lip and blood on his fists. The officer advised that Mr. Tatshama attempted to flee when officers arrived but fell approximately10 steps later.

The male individual was observed to have blood on several of his knuckles and significant blood inside his lip. Officers inquired about the blood on his hands and the individual advised it was from him defending himself and acknowledged Mr. Tatshama had been swinging at him.

Based on witness observations of the physical altercation, visible injuries on both parties, their intoxicated states in public and the male individual's admission to physical contact, both parties were placed under arrest for disorderly conduct. During transport and at the hospital, Mr. Tatshama made multiple threats toward law enforcement, stating he would knock out all of the officers if they tried to take him to the hospital.

After the male individual was taken into the booking cell, an officer returned to escort Mr. Tatshama inside. While Mr. Tatshama was being searched, he made multiple intimidating movements toward the officer. A second officer held onto Mr. Tatshama's left arm around his tricep to prevent any potential action against the other officer. Mr. Tatshama was advised to stop, at which point Mr. Tatshama turned toward the second officer and made the same type of movements. The officer obtained control of Mr. Tatshama's left arm and used his body weight to pin him against the wall.

When the handcuffs were being removed from Mr. Tatshama, he was initially uncooperative. Once the handcuffs were removed, he became uncooperative again and failed to follow the officer's commands. Mr. Tatshama made a comment about how he would kick the officer in the face with his boots if given the chance. Mr. Tatshama then kicked his right boot in the air at the officer, striking the officer in the upper body. The officers attempted to pin Mr. Tatshama on the bunk. Mr. Tatshama had constant and sporadic movements. He was ultimately placed back into handcuffs.

Both officers requested that charges be filed related to battery and the threats made by Mr. Tatshama.

4          **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Davis Tatshama violated the terms of his supervised release by committing the crime of Disorderly Conduct, in violation of the Colville Tribal Law and Order Code (CTC) 3-1-173 on or about February 19, 2026.

See additional information provided in supporting evidence of violation #3.

Prob12C

**Re: Tatshama, Davis Henderson**
**March 10, 2026**
**Page 3**

5          <u>**Mandatory Condition # 1**</u>: You must not commit another federal, state or local crime.

<u>**Supporting Evidence**</u>: It is alleged that Davis Tatshama violated the terms of his supervised release by committing the crime of Intimidation of a Public Officer in violation of the  Colville Trial Law and Order Code (CTC) 3-1-131 on or about February 19, 2026.

See additional information provided in supporting evidence of violation #3.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/10/2026
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

March 11, 2026
_____
Date